# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER DAUBENMEYER | : | CASE NO.:   3:18-cv-01392 |
| **Plaintiff,** | : | **JUDGE JEFFREY J. HELMICK** |
| **vs.** | : | |
| ERIE INSURANCE COMPANY | : | **JUDGMENT ENTRY OF DISMISSAL** |
| **Defendant** | : | |

This matter came on for consideration upon joint oral motion of the parties requesting the Court for a dismissal with prejudice of the above-mentioned case.  The parties hereby advise the Court that the within action has been settled.

The Court finds said Motion to be well taken and hereby grants the same.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the within case is hereby dismissed with prejudice.

Costs to be assessed to the Defendant.

**IT IS SO ORDERED.**

s/ Jeffrey J. Helmick
_____
JUDGE JEFFREY J. HELMICK

**APPROVED:**


Per email approval 10-21-19                         /s/ Robert B. Fitzgerald
Robert P. Rutter        (0021907)          Robert B. Fitzgerald   (0018462)
Attorney for Plaintiff                     Attorney for Defendant